NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

MAR 19 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos.  17-10279 |
| Plaintiff-Appellee, | 17-10280 |
| v. | D.C. Nos. 2:17-cr-00506-SPL |
| | 2:14-cr-01014-SPL |
| JAVIER REYES-RAMIREZ, a.k.a. Jose Sergio Reyes-Mejorano, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Steven P. Logan, District Judge, Presiding

Submitted March 13, 2018**

Before:    LEAVY, M. SMITH, and CHRISTEN, Circuit Judges.

In these consolidated appeals, Javier Reyes-Ramirez appeals his guilty-plea

conviction and 41-month sentence for reentry of a removed alien, in violation of 8

U.S.C. § 1326, and the revocation of supervised release and consecutive 19-month

sentence imposed upon revocation.  Pursuant to *Anders v. California*, 386 U.S. 738

---

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

** The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

(1967), Reyes-Ramirez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Reyes-Ramirez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Reyes-Ramirez waived his right to appeal his conviction, the revocation of supervised release, and his sentences. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss these appeals. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**